USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WARREN GOLDEN,

          Plaintiff,

-against-                                       24-cv-5759 (LAK)

CITY OF NEW YORK, et al.,

          Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendants Alvin L. Bragg, Jr., the New York County District Attorney, and Assistant District Attorneys Nicholas Viorst and Jana Loeb moved to dismiss the claims against them pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt 25). In a thorough report and recommendation dated July 7, 2025 (the "R&R") (Dkt 28), Magistrate Judge Gary Stein recommended that the motion be granted with leave to amend. No objections to the R&R have been filed.

      The motion (Dkt 25) is granted. This ruling is without prejudice to a motion, provided any such motion is filed on or before August 5, 2025, for leave to amend the complaint. Any such motion shall be accompanied by a proposed amended complaint, a copy of that complaint marked to show changes from the original complaint, and a memorandum showing that the proposed changes would not be futile.

      SO ORDERED.

Dated:     July 23, 2025

                                                        Lewis A. Kaplan
                                                        United States District Judge