UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WARREN GOLDEN,                                    :
                                                  :        24 Civ. 5759 (LAK) (GS)
                                                  :
                    Plaintiffs,                   :              ORDER
                                                  :
         - against -                              :
                                                  :
CITY OF NEW YORK, et al.,                          :
                                                  :
                    Defendant.                    :
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

There having been no activity on the docket since Judge Kaplan's July 23, 2025 Order granting the District Attorney Office Defendants' motion to dismiss (Dkt. No. 29), Plaintiff shall submit a letter informing the Court as to whether he wishes to continue to pursue his claims against the remaining Defendants—the City of New York and Shaun Tanner, who both answered the Complaint on December 18, 2024 (Dkt. No. 24)—by no later than January 9, 2026.

**SO ORDERED.**

DATED:    New York, New York
          December 23, 2025

_____
GARY STEIN
United States Magistrate Judge