**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WARREN GOLDEN,

                         Plaintiff,

          -against-

CITY OF NEW YORK, *et al.,*

                    Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 5759 (LAK) (GS)**

**<u>VIDEO STATUS</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **<u>Monday, January 12, 2026</u> at**

**<u>2:00 p.m.</u>**  The parties are directed to join the conference via Microsoft Teams at the scheduled

time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [280 985 042 762 82]**

**Passcode: [dy7UY7ei]**

      **SO ORDERED.**

DATED:     New York, New York
           January 5, 2026

                               _____
                               The Honorable Gary Stein
                               United States Magistrate Judge