**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WARREN GOLDEN,

                 Plaintiff,

      -against-

CITY OF NEW YORK, *et al.,*

                Defendants.
-----------------------------------------------------------------X

     **24 Civ. No. 5759 (LAK) (GS)**

     **VIDEO STATUS**
     **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Monday, January 12, 2026 at 3:00 p.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [280 985 042 762 82] Passcode: [dy7UY7ei]**

    **SO ORDERED.**

DATED:    New York, New York
           January 5, 2026

                             _____
                             The Honorable Gary Stein
                             United States Magistrate Judge