



**MEMO ENDORSED**

January 12, 2026

***Via ECF***
The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Golden v. City of New York, et al.,*
        24-cv-5759 (LAK) (GS)

Magistrate Stein:

I represent Plaintiff in the above matter. Today's Status Conference was rescheduled by the Court to Wednesday January 21, 2026 at 3pm. However, at that time, I will be out of country and unavailable. I am requesting that the conference be adjourned to January 28, or January 29, 2026.

This is Plaintiff's first such request.

Sincerely,

Jacob Z. Weinstein, Esq.
646-450-3484
Jacob@WeinsteinLLP.com

cc: Defendants' counsel (*via ECF*)

Application granted. The Status Conference scheduled for January 21, 2026 is hereby adjourned to January 28, 2026 at 10:00 a.m. Counsel are directed to join the Microsoft Teams Meeting using the video conference details in the January 5, 2026 order (see Dkt. No. 33). SO ORDERED.

Date:   January 13, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

420 Central Avenue, Suite 301, Cedarhurst New York 11516