

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-26

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JENNY WENG**
Senior Counsel
phone: (212) 356-2648
fax: (212) 356-3509
email: jweng@law.nyc.gov

# MEMO ENDORSED

April 16, 2026

**VIA ECF**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: <u>Golden v. City of New York, et al.</u>, 24-CV-5759 (LAK) (GS)

Your Honor:

I respectfully write on behalf of all parties to provide a status update that the Mediation Conference was adjourned to April 21, 2026 at 10:00 AM. However, the parties are pleased to further advise Your Honor that the parties were able to reach a settlement this afternoon and as such we request that all conferences be cancelled. The Stipulation of Settlement and Order of Dismissal will be submitted to the Court as soon as it is executed with the settlement paperwork.

The parties thank the Court for its attention to this matter.

case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, ___5/21/26___, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

4/21/26

Respectfully submitted,

/s/ *Jenny Weng*

Jenny Weng
Senior Counsel
Special Federal Litigation Division

cc:    Counsel of Record (By ECF)